| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

GCCFC 2005-GG5 HEGENBERGER RETAIL LIMITED PARTNERSHIP,

Plaintiffs,

v.

GEORGE A. ARCE, et al.,

Defendants.

Case No. 17-cv-03854-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 1, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 7, 2018.

DESIGNATION OF EXPERTS: 9/10/18; REBUTTAL: 9/17/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 12, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; July 27, 2018;
    Opp. Due: August 10, 2018; Reply Due: August 17, 2018;
    and set for hearing no later than August 31, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: October 30, 2018 at 3:30 PM.

JURY TRIAL DATE: November 5, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated:

_____
SUSAN ILLSTON
United States District Judge