UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GCCFC 2005-GG5 HEGENBERGER RETAIL LIMITED PARTNERSHIP,

Plaintiff,

v.

GEORGE A. ARCE, *et al.*,

Defendants.

Case No. 17-cv-03854-SI

**ORDER GRANTING DEFENDANTS' MOTION FOR JOINDER; DENYING MOTION TO DISMISS**

Re: Dkt. Nos. 21, 22

Plaintiff GCCFC 2005-GG5 Hegenberger Retail Limited Partnership filed this breach of guaranty action against defendants George Arce, Raquel Remedios, and Leslie Tuttle on July 7, 2017. Complaint (Dkt. No. 1); *see also* First Amended Compl. ("FAC") (Dkt. No. 17). Defendant Arce filed a motion to dismiss on September 8, 2017. (Dkt. No. 22). Defendants Remedios and Tuttle moved to join defendant Arce's motion to dismiss. (Dkt. No. 21).

On January 12, 2018, the Court held a hearing on defendants' motion to dismiss. After careful consideration of the papers submitted, for the reasons articulated in open court, the Court hereby GRANTS defendant Remedios and Tuttle's motion to join, and DENIES defendants' motion to dismiss.

**IT IS SO ORDERED**.

Dated: January 23, 2018

_____
SUSAN ILLSTON
United States District Judge