|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| GCCFC 2005-GG5 HEGENBERGER RETAIL LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE A. ARCE, et al.,<br><br>Defendants. | Case No. 17-cv-03854-SI (SI)<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER**<br>**(CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 5, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: October 31, 2018.

DESIGNATION OF EXPERTS: January 7, 2019; REBUTTAL: January 14, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 31, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by: November 9, 2018;
    Opp. Due: November 26, 2018; Reply Due: December 3, 2018;
    and set for hearing no later than December 14, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 5, 2019 at 3:30 PM.

JURY TRIAL DATE: March 18, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The case did not settle through private mediation. There is a pending motion to consolidate the state court cases in San Mateo and Alameda. There may be some settlements that may affect the consolidation. Counsel shall advise the Court of the schedules of the state court cases as they are determined.

1    The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects
2    of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
     Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this
3    action.

4           **IT IS SO ORDERED**.

5

6    Dated:   7/18/18

7                                                              _____
                                                               SUSAN ILLSTON
8                                                              United States District Judge